GRIMM B. DE PANICIS v. DEPARTMENT OF PUBLIC SAFETY, TOWN OF NUTLEY.

JAY R. WETHERILL v. DEPARTMENT OF PUBLIC SAFETY, TOWN OF NUTLEY.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES EDWARD NORMAN.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MOORE.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER G. BEREZANSKI, JR.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DOROTHY JEFFERSON.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS COX

March 15, 1971. Petition for certification denied.